UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAWAL RAHMALLAH, on behalf of herself and all others similarly situated,<br><br>                          Plaintiff,<br><br>- against -<br><br>HAPPY FAMILY SOCIAL ADULT CENTER INC., FAMILY SOCIAL ADULT DAY CARE INC., ZAKIA KHAN, individually, and AHSAN IJAZ, individually,<br><br>                          Defendants. | Civil Action No.<br>21-cv-03277-MMH<br><br><br><br>**NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that the undersigned, *Of Counsel* to Milman Labuda Law Group PLLC, is hereby entering an appearance as counsel of record for all the defendants in the above-captioned action.

Dated: Lake Success, New York
      October 5, 2022

                                   /s/ JAMES SCOTT YOH
                                   JAMES SCOTT YOH, ESQ. *Of Counsel*
                                   Milman Labuda Law Group PLLC
                                   Attorneys for the Defendants
                                   3000 Marcus Avenue, Suite 3w8
                                   Lake Success, NY 11042
                                   Tel.: 516-328-8899
                                   Fax: 917-341-1121
                                   Email: yohlaw@gmail.com