UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAWAL RAHMALLAH, on behalf of herself and all others similarly-situated,<br><br>Plaintiff,<br><br>-against-<br><br>HAPPY FAMILY SOCIAL ADULT CENTER INC., and FAMILY SOCIAL ADULT DAY CARE INC., and ZAKIA KHAN, individually, and AHSAN IJAZ, individually,<br><br>Defendants. | Civil Action No.: 21-cv-3277 (WFK)(MMH)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of Plaintiff Nawal Rahmallah, in the above-captioned action. Contact information for the undersigned counsel for Plaintiff is as follows:

J.R. Stevenson
Stevenson Marino LLP
445 Hamilton Avenue, Suite 1500
White Plains, New York 10601
212.939.7229
jrs@stevensonmarino.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Date:   White Plains, New York
        December 13, 2022

/s/ J.R. Stevenson
_____
J.R. Stevenson
STEVENSON MARINO LLP
445 Hamilton Avenue, Suite 1500
White Plains, NY 10601
212.939.7588 (o)

Attorneys for Plaintiff