UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAWAL RAHMALLAH, on behalf of herself and
all others similarly situated,

                              Plaintiff,

-against-

HAPPY FAMILY SOCIAL ADULT CENTER, INC.,
FAMILY SOCIAL ADULT DAY CARE, INC.,
ZAKIA KHAN, individually, and ASHAN IJAZ,
individually,

                              Defendants.
-----------------------------------------------------------------X

**Case No.:** 1:21-cv-3277 (MMH)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       December 14, 2022

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

      */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*